# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARKAN MOHAMMED ALI,** *et al.* | |
| **v.** | **Civ. No.  05-1377 (TFH)** |
| **THOMAS PAPPAS** | |
| **ARKAN MOHAMMED ALI,** *et al.* | |
| **v.** | **Civ. No.  05-1378 (TFH)** |
| **DONALD H. RUMSFELD** | |
| **ARKAN MOHAMMED ALI,** *et al.* | |
| **v.** | **Civ. No.  05-1379 (TFH)** |
| **JANIS KARPINSKI** | |
| **ARKAN MOHAMMED ALI,** *et al.* | |
| **v.** | **Civ. No.  05-1380 (TFH)** |
| **RICARDO SANCHEZ** | |

## ORDER SCHEDULING A CONFERENCE AND
## FILING DATE FOR DEFENDANTS' ANSWERS TO THE COMPLAINTS

The above-referenced cases were assigned to this Judge pursuant to the Judicial Panel on

Multidistrict Litigation's June 17, 2005 Transfer Order.  Accordingly, all parties shall appear

for a scheduling conference on **Tuesday, January 31, 2006 at 10:30 a.m. in Courtroom 25**,

which is located in the new annex to the E. Barrett Prettyman United States Courthouse, 333

Constitution Avenue, N.W., Washington, D.C., 20001. The scheduling conference will be held for the purposes specified in Fed. R. Civ. P. 26(f).

The defendants shall file answers to the complaints on or before **Wednesday, January 11, 2006.**

The Court expects professionalism, courtesy and civility to govern the parties' conduct at all times during these proceedings. Given counsels' competence and experience, the Court is confident that this objective will be accomplished without judicial intervention.

Any request for an extension or enlargement of time, as well as any request to reschedule a proceeding, shall be by motion addressed to the Court. Requests to reschedule a proceeding shall identify alternate dates agreed to by all parties.

The parties are reminded that all documents must be filed by electronic means in compliance with LCvR 5.4, which addresses cases assigned to the Case Management/ Electronic Case Management Filing System ("CM/ECF"). Parties may obtain a CM/ECF password from the Clerk of the Court.

**SO ORDERED.**


November 23, 2005                                            /s/
                                                    Thomas F. Hogan
                                                    Chief Judge