UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARKAN MOHAMED ALI, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>THOMAS PAPPAS,<br><br>    Defendant. | No. 05-cv-1377 (TFH) |
| ARKAN MOHAMED ALI, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD H. RUMSFELD,<br><br>    Defendant. | No. 05-cv-1378 (TFH) |
| ARKAN MOHAMED ALI, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>JANIS KARPINSKI,<br><br>    Defendant. | No. 05-cv-1379 (TFH) |
| ARKAN MOHAMED ALI, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>RICARDO SANCHEZ,<br><br>    Defendant. | No. 05-cv-1380 (TFH) |

**JOINT MOTION FOR AN EXTENSION OF TIME FOR DEFENDANTS
TO RESPOND TO A CONSOLIDATED AMENDED COMPLAINT**

The Plaintiffs intend to file a consolidated amended complaint in these actions not later than January 5, 2006. (Leave of court is not required for that, as no responsive pleadings have been filed, *see* Fed. R. Civ. P. 15(a).). The undersigned counsel for the

491110.4

Defendants have agreed to accept service on behalf of their clients of the First Amended Complaint.[1]

Accordingly, all parties jointly move the Court to set a deadline of March 6, 2006 for Defendants to file their responses to the consolidated amended complaint.

All parties jointly move that the scheduling conference currently calendared for January 31, 2006, at 10:30 a.m. be postponed to a date subsequent to March 6, 2006, that suits the Court's convenience. The due dates for any submissions necessitated by Defendants' responses should be set at the status conference.

Respectfully submitted,

By:＿＿/s/ Arthur B. Spitzer＿＿＿＿
　　　Arthur B. Spitzer
　　　D.C. Bar No. 235960

American Civil Liberties Union of the
　National Capital Area
1400 20th Street, N.W., Suite 119
Washington, D.C. 20036
(202) 457-0800

Counsel for Plaintiffs


By:＿＿/s/ J. Marcus Meeks＿＿＿＿
　　　J. Marcus Meeks
　　　D.C. Bar No. 472072

United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146
Ben Franklin Station
Washington D.C., 20044
Telephone: (202) 616-4176

Counsel for Defendant Donald Rumsfeld

---

[1] Defendants, however, do not waive any objections they may have to venue or to jurisdiction by waiving service of process. Fed. R. Civ. P. 4(d)(1).

491110.4

By:   /s/ Mark E. Nagle
      Mark E. Nagle
      D.C. Bar No. 416364

Troutman Sanders LLP
401 Ninth Street, NW, Suite 1000
Washington, D.C. 20004-2134
Telephone: (202) 274-2972

Counsel for Defendant Thomas Pappas


By:   /s/ Michael L. Martinez
      Michael L. Martinez
      D.C. Bar No. 347310

Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: (202) 624-2945

Counsel for Defendant Janis Karpinski


By:   /s/ Stephen L. Braga
      Stephen L. Braga
      D.C. Bar No. 366727

Baker Botts LLP
1299 Pennsylvania Ave., NW
Washington D.C., 20004
Telephone: (202) 639-7704

Counsel for Defendant Ricardo Sanchez


Filed: December 12, 2005

491110.4