UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARKAN MOHAMMED ALI, *et al.*,<br><br>    Plaintiffs,<br>       v.<br>(TFH)<br>THOMAS PAPPAS,<br>    Defendant. | No. 05-cv-1377 |
| ARKAN MOHAMMED ALI, *et al.*,<br><br>    Plaintiffs,<br>       v.<br>(TFH)<br>DONALD H. RUMSFELD,<br>    Defendant. | No. 05-cv-1378 |
| ARKAN MOHAMMED ALI, *et al.*,<br>    Plaintiffs,<br>       v.<br>(TFH)<br>JANIS KARPINSKI,<br>    Defendant. | No. 05-cv-1379 |
| ARKAN MOHAMMED ALI, *et al.*,<br><br>    Plaintiffs,<br>       v.<br>(TFH)<br>RICARDO SANCHEZ,<br>    Defendant. | No. 05-cv-1380 |

**JOINT MOTION TO SUSPEND LOCAL CIVIL RULE 5.1(E)
AND 11.1 OBLIGATIONS TO FILE RESIDENCE ADDRESSES**

Local Civil Rules 5.1(e) and 11.1 provide that the first filing by a party shall include his or her residence address. All parties hereby move to suspend their obligation to provide their residence addresses on the public record of this case, because they are concerned that doing so may lead to harassment or security risks for themselves and their families because of their identity or because of the nature of the case. While the plaintiffs have not felt it necessary to seek leave to proceed as John Does, putting their residence addresses on a document that can be accessed by any person in the world with a computer gives them a significant additional element of concern. The defendants likewise have obvious reasons for wishing to keep their residence addresses off of the World Wide Web.

This Court has officially recognized that privacy issues have been magnified by the implementation of electronic filing of court documents. The local civil rules now provide that the "personal identifiers" of Social Security numbers, financial account numbers, dates of birth and the names of minor children are to be "excluded, or redacted" from all electronically filed documents. Local Civil Rule 5.4(f). In a case like this, disclosure of a party's residence address also presents privacy and security issues.

Presented with a similar motion in the recent case of *Kar v. Bush*, 05-cv-1348 (JR) (DDC), Judge Robertson ordered that the petitioners' obligation to provide their residence addresses in that case be suspended. *See* Order [11] filed July 11, 2005.

We note also that the District of Columbia Court of Appeals has just published a Notice of Proposed Rule Change to its Civil Rule 5 to provide that "[h]ome addresses are to be excluded from any public filing." In an accompanying explanatory comment, the Court notes that the amendment

> expresses the Court's concern about access to, and dissemination of,

> private information in the Court's public records to the detriment of individuals whose privacy is compromised simply because their otherwise private information is contained in court filings. The risk of invasion of privacy is heightened where the court's public records are made available through the internet.

134 Daily Wash. Law Rptr. 21 (January 4, 2006).

Should the Court desire that the parties' residence addresses be in the record, the parties ask that they be allowed to file them under seal and subject to a protective order.

Wherefore the motion should be granted. A proposed order is filed herewith.

Respectfully submitted,

| | |
|---|---|
| LUCAS GUTTENTAG<br>CECILLIA D. WANG<br>American Civil Liberties Union<br>    Foundation<br>Immigrants' Rights Project<br>405 14th Street, Suite 300<br>Oakland, CA 94612<br>(510) 625-2010 | MICHAEL POSNER*<br>DEBORAH PEARLSTEIN*<br>HINA SHAMSI*<br>PRITI PATEL*<br>Human Rights First<br>333 Seventh Avenue, 13th Floor<br>New York, NY 10001-5004<br>(212) 845 5200 |
| STEVEN R. SHAPIRO<br>OMAR C. JADWAT<br>AMRIT SINGH<br>STEVEN WATT<br>American Civil Liberties Union<br>  Foundation<br>125 Broad Street<br>New York, NY 10004<br>(212) 549-2500 | BILL LANN LEE<br>CHIMÈNE I. KEITNER<br>NIREJ S. SEKHON<br>Lieff Cabraser Heimann & Bernstein LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 3000<br>San Francisco, CA 94111-3339<br>(415) 956-1000 |
| _____/s/_____<br>ARTHUR B. SPITZER<br>D.C. Bar No. 235960<br>American Civil Liberties Union<br>  of the National Capital Area<br>1400 20th Street, N.W., Suite 119<br>Washington, D.C. 20036<br>(202) 457-0800 | JOHN D. HUTSON*<br>RADM, JAGC, USN (ret.)<br>Of Counsel, Human Rights First<br>Human Rights First<br>2 White Street<br>Concord, NH 03301<br>(603) 228-1074 |

| | |
|---|---|
| JAMES P. CULLEN*<br>BG, JAGC, USA (ret.)<br>Of Counsel, Human Rights First<br>1251 Avenue of the Americas<br>New York, NY 10020<br>(212) 278-1565 | DAVID RUDOVSKY<br>Kairys, Rudovsky, Epstein & Messing LLP<br>924 Cherry St., Suite 500<br>Philadelphia PA 19107<br>(215) 925-4400 |
| PAUL HOFFMAN<br>Schonbrun DeSimone Seplow Harris & Hoffman LLP<br>723 Ocean Front Walk<br>Venice, CA 90291<br>(310) 396-0731 | ERWIN CHEMERINSKY<br>Duke University School of Law<br>Science Drive & Towerview Rd.<br>Durham, NC 27707<br>(919) 613-7173 |

Counsel for Plaintiffs*

/s/
_____
J. Marcus Meeks
  D.C. Bar No. 472072
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146
Ben Franklin Station
Washington D.C., 20044
Telephone: (202) 616-4176

Counsel for Defendant Donald Rumsfeld

/s/
_____
Michael L. Martinez
  D.C. Bar No. 347310
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: (202) 624-2945

Counsel for Defendant Janis Karpinski

/s/
_____
Mark E. Nagle
  D.C. Bar No. 416364
Troutman Sanders LLP
401 Ninth Street, NW, Suite 1000
Washington, D.C. 20004-2134
Telephone: (202) 274-2972

Counsel for Defendant Thomas Pappas

/s/
_____
Stephen L. Braga
  D.C. Bar No. 366727
Baker Botts LLP
1299 Pennsylvania Ave., NW
Washington D.C., 20004
Telephone: (202) 639-7704

Counsel for Defendant Ricardo Sanchez

January 6, 2006

_____
* Plaintiffs' counsel marked with asterisks represent plaintiffs against defendant Rumsfeld only.

4