IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re* **Iraq and Afghanistan Detainees Litigation** | |
| **Arkan Mohammed ALI, et al.,** | Civ. No. 05-1378 (TFH) |
| **Plaintiffs,** v. | |
| **Donald H. RUMSFELD, Secretary of Defense of the United States of America,** | |
| **Defendant.** | |

**ORDER OF DISMISSAL**

The Defendant and the United States have moved, pursuant to Fed. R. Civ. P. 12(b)(1) and (6), for dismissal of all six causes of action stated in Plaintiffs' Consolidated Amended Complaint. The parties have fully briefed the issues, and, upon consideration by this Court of the arguments made by the parties, its is hereby ORDERED that the motion to dismiss is GRANTED in its entirety. All six causes of action stated in Plaintiffs' complaint are hereby dismissed with prejudice.

IT IS SO ORDERED.

Chief Judge Thomas F. Hogan
U.S.D.C., District of Columbia