UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARKAN MOHAMED ALI, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>DONALD H. RUMSFELD,<br><br>        Defendant. | No. 05-cv-1378 (TFH) |
| ARKAN MOHAMED ALI, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>JANIS KARPINSKI,<br><br>        Defendant. | No. 05-cv-1379 (TFH) |
| ARKAN MOHAMED ALI, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>RICARDO SANCHEZ,<br><br>        Defendant. | No. 05-cv-1380 (TFH) |
| ARKAN MOHAMED ALI, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>THOMAS PAPPAS,<br><br>        Defendant. | No. 05-cv-1377 (TFH) |

**DECLARATION OF Priti N. Patel**

Pursuant to Local Civil Rule 83.2(d), I submit this declaration in support of my application for leave to appear and practice *pro hac vice* in the cases captioned *Ali v. Rumsfeld* (Human Rights First is counsel for plaintiffs in this case only).

1. My full name is **Priti N. Patel**.

2. I am **an attorney with the U.S. Law and Security Program** at **Human Rights First**. My office is located at **333 Seventh Avenue, 13th Floor, New York, NY, 10001**. My office telephone number is **(212) 845 - 5200**.

3. I was admitted to the bar of **the state of New York in 2005,** and remain a member in good standing.

4. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have never been disciplined by any bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed this 21 day of December, 2005.

_____
Priti N. Patel