UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARKAN MOHAMED ALI, *et al.*,

    Plaintiffs,

v.

DONALD H. RUMSFELD,

    Defendant.

No. 05-cv-1378 (TFH)

**ORDER**

Upon consideration of the motion for admission, pro hac vice, of Priti N. Patel, it is hereby

ORDERED that the motion is granted.

May \_\_\_\_\_, 2006

_____
Thomas F. Hogan
Chief Judge
United States District Court