UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARKAN MOHAMED ALI, *et al.,*

          Plaintiffs,

   v.

DONALD H. RUMSFELD,

          Defendant.

No. 05-cv-1378 (TFH)

**MOTION FOR THE ADMISSION OF DEBORAH N. PEARLSTEIN
AS ADDITIONAL COUNSEL FOR PLAINTIFFS, *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d), I hereby move the admission *pro hac vice* of Deborah N. Pearlstein as additional counsel for the plaintiffs in this case.

Ms. Pearlstein's declaration, as required by Local Civil Rule 83.2(d), is filed herewith, as is a proposed order.

Respectfully submitted,

/s/ *Arthur B. Spitzer*

_____

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, N.W. #119
Washington, D.C. 20036
(202) 457-0800

Counsel for Plaintiffs

May 18, 2006