UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARKAN MOHAMED ALI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD H. RUMSFELD, <br><br> Defendant. | No. 05-cv-1378 (TFH) |
| ARKAN MOHAMED ALI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JANIS KARPINSKI, <br><br> Defendant. | No. 05-cv-1379 (TFH) |
| ARKAN MOHAMED ALI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICARDO SANCHEZ, <br><br> Defendant. | No. 05-cv-1380 (TFH) |
| ARKAN MOHAMED ALI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS PAPPAS, <br><br> Defendant. | No. 05-cv-1377 (TFH) |

**DECLARATION OF Deborah N. Pearlstein**

Pursuant to Local Civil Rule 83.2(d), I submit this declaration in support of my application for leave to appear and practice *pro hac vice* in the cases captioned *Ali v. Rumsfeld* (Human Rights First is counsel for plaintiffs in this case only).

1. My full name is **Deborah N. Pearlstein**.

2. I am **Director of the U.S. Law and Security Program** at **Human Rights First**. My office is located at **333 Seventh Avenue, 13th Floor, New York, NY, 10001.** My office telephone number is **(212) 845 - 5200**.

3. I was admitted to the bar **of the state California in 2001 and of Washington, DC in 2005,** and remain a member in good standing.

4. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have never been disciplined by any bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed this _20_ day of _December_, 2005.

_Deborah N. Pearlstein_ (signature)
Deborah N. Pearlstein