UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARKAN MOHAMED ALI, *et al.*, <br><br>        Plaintiffs, <br><br> v. <br><br> DONALD H. RUMSFELD, <br><br>        Defendant. | No. 05-cv-1378 (TFH) |

**ORDER**

Upon consideration of the motion for admission, pro hac vice, of Deborah N. Pearlstein, it is hereby

ORDERED that the motion is granted.

May \_\_\_\_\_, 2006

_____
Thomas F. Hogan
Chief Judge
United States District Court