UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARKAN MOHAMED ALI, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD H. RUMSFELD,<br><br>　　　　Defendant. | No. 05-cv-1378 (TFH) |

**ORDER**

　　Upon consideration of the motion for admission, pro hac vice, of Michael H. Posner, it is hereby

　　ORDERED that the motion is granted.


May _____, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Thomas F. Hogan
　　　　　　　　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court