UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARKAN MOHAMED ALI, *et al.*,

                    Plaintiffs,

     v.                                        No. 05-cv-1378 (TFH)

DONALD H. RUMSFELD,

                    Defendant.

## MOTION FOR THE ADMISSION OF HINA SHAMSI
## AS ADDITIONAL COUNSEL FOR PLAINTIFFS, *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), I hereby move the admission *pro hac vice* of Hina Shamsi as additional counsel for the plaintiffs in this case.

Mr. Shamsi's declaration, as required by Local Civil Rule 83.2(d), is filed herewith, as is a proposed order.

Respectfully submitted,

/s/ *Arthur B. Spitzer*
_____
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, N.W. #119
Washington, D.C. 20036
(202) 457-0800

Counsel for Plaintiffs

May 18, 2006