UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 17 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

ARKAN MOHAMED ALI, *et al.*,

      Plaintiffs,

v.

DONALD H. RUMSFELD,

      Defendant.

No. 05-cv-1378 (TFH)

**ORDER**

Upon consideration of the motion for admission, pro hac vice, of Hina Shamsi, it is hereby

ORDERED that the motion is granted.

Oct 13, 2006

_____
Thomas F. Hogan
Chief Judge
United States District Court