UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARKAN MOHAMMED ALI<br>THAHE MOHAMMED SABAR<br>SHERZAD KAMAL KHALID<br>ALI H.<br>NAJEEB ABBAS AHMED<br>MEHBOOB AHMAD<br>SAID NABI SIDDIQI<br>MOHAMMED KARIM SHIRULLAH<br>HAJI ABDUL RAHMAN<br><br>        Plaintiffs,<br><br>  v.<br><br>DONALD H. RUMSFELD,<br><br>        Defendant. | No. 05-cv-1378 (TFH) |

**NOTICE OF APPEAL**

Notice is hereby given, this 24th day of May, 2007, that each of the plaintiffs in this action — Arkan Mohammed Ali, Thahe Mohammed Sabar, Sherzad Kamal Khalid, Ali H., Najeeb Abbas Ahmed, Mehboob Ahmad, Said Nabi Siddiqi, Mohammed Karim Shirullah and Haji Abdul Rahman — appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's Order filed in this action on March 27, 2007, granting Defendant Rumsfeld's and the United States' Motion to Dismiss and dismissing this case.

Respectfully submitted,

/s/ *Lucas Guttentag*
_____
LUCAS GUTTENTAG
CECILLIA D. WANG
JENNIFER C. CHANG
MÓNICA M. RAMÍREZ
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
(415) 343-0773

STEVEN R. SHAPIRO
OMAR C. JADWAT
AMRIT SINGH
STEVEN WATT
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
(212) 549-2500

/s/ *Arthur B. Spitzer*
_____
ARTHUR B. SPITZER
   D.C. Bar No. 235960
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, N.W., Suite 119
Washington, D.C. 20036
(202) 457-0800

DAVID RUDOVSKY
Kairys, Rudovsky, Epstein & Messing LLP
924 Cherry St., Suite 500
Philadelphia PA 19107
(215) 925-4400

/s/ Hina Shamsi
_____
MICHAEL POSNER
HINA SHAMSI
PRITI PATEL
Human Rights First
333 Seventh Avenue, 13th Floor
New York, NY 10001-5004
(212) 845-5200

BILL LANN LEE
Lewis, Feinberg, Lee, Renaker & Jackson, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
(510) 839-6824

PAUL HOFFMAN
Schonbrun DeSimone Seplow Harris &
   Hoffman LLP
723 Ocean Front Walk
Venice, CA 90291
(310) 396-0731

ERWIN CHEMERINSKY
Duke University School of Law
Science Drive & Towerview Rd.
Durham, NC 27707
(919) 613-7173

| | |
|---|---|
| JOHN D. HUTSON<br>RADM, JAGC, USN (ret.)<br>Of Counsel, Human Rights First<br>2 White Street<br>Concord, NH 03301<br>(603) 228-1541 | JAMES P. CULLEN<br>BG, JAGC, USA (ret.)<br>Of Counsel, Human Rights First<br>1251 Avenue of the Americas<br>New York, NY 10020<br>(212) 278-1565 |
| DEBORAH N. PEARLSTEIN<br>Of Counsel, Human Rights First<br>c/o Woodrow Wilson School of<br>Public and International Affairs<br>Princeton University<br>Princeton, NJ 08540<br>(609) 924-4535 | CHIMÈNE I. KEITNER<br>NIREJ S. SEKHON<br>Lieff Cabraser Heimann & Bernstein LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 3000<br>San Francisco, CA 94111-3339<br>(415) 956-1000 |

Counsel for Plaintiffs